UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARREN DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-CV-1083 CDP |
| JOHN DOE, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion will be denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [Doc. #10] is **DENIED**.

Dated this 21st day of August, 2018.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE